| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) CHESLER, STANLEY R. | 2. Court or Organization UNITED STATES DISTRICT COURT | 3. Date of Report 04/30/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

FRANK R. LAUTENBERG U.S. COURTHOUSE &
POST OFFICE BUILDING
2 FEDERAL SQUARE
NEWARK, NJ 07101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 04/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | K HOVNANIAN ENTERPRISES |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY Intellectual Property Law Assoc. | 3/25/11 to 3/26/11 | New York, NY | Meeting of Professional Organization | Lodging and meal |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 04/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Midcap Fund | A | Dividend | J | T | | | | | |
| 2. Banco Popular, Brooklyn, NY | C | Interest | N | T | | | | | |
| 3. U.S. Treasury Bills Fed. Reserve Bank of NY | A | Interest | | | Redeemed | 6/30/11 | J | A | |
| 4. Bank of America | A | Interest | M | T | | | | | |
| 5. J.P. Morgan US Govt Money Market Fund | A | Dividend | M | T | | | | | |
| 6. Invesco 500 Index Fund | A | Dividend | M | T | | | | | |
| 7. Port Authority of NY & NJ Bond | A | Interest | J | T | | | | | |
| 8. ING Direct Bank Money Market & CDs | B | Interest | M | T | | | | | |
| 9. Clinton Twp. NJ Bond | A | Interest | J | T | | | | | |
| 10. California State Bond | A | Interest | K | T | | | | | |
| 11. West Orange, NJ Board of Ed. Bond | A | Interest | K | T | | | | | |
| 12. California State Bond | A | Interest | J | T | | | | | |
| 13. Port Authority Bond | A | Interest | J | T | | | | | |
| 14. West Orange, NJ Board of Ed. Bond | A | Interest | J | T | | | | | |
| 15. Black Rock S& P 500 Index Fund | A | Dividend | K | T | | | | | |
| 16. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 01/05/11 | J | | |
| 17. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 02/03/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 03/03/11 | J | | |
| 19. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 04/06/11 | J | | |
| 20. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 05/04/11 | J | | |
| 21. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 06/03/11 | J | | |
| 22. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 07/06/11 | J | | |
| 23. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 08/03/11 | J | | |
| 24. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 09/03/11 | J | | |
| 25. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 10/05/11 | J | | |
| 26. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 11/03/11 | J | | |
| 27. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 12/03/11 | J | | |
| 28. Fidelity Spartan 500 Index Fund | A | Interest | J | T | Sold | 07/16/11 | L | D | |
| 29. Fidelity N.J. Muni Money Market Fund | A | Dividend | J | T | | | | | |
| 30. Port Authority of NY and NJ Bond | B | Interest | K | T | | | | | |
| 31. S. Jersey Trans AT Bond | B | Interest | | | Sold | 11/07/11 | K | A | |
| 32. NJ State Ed FACS Bond | A | Interest | K | T | | | | | |
| 33. NJ State Ed FACS Bond | C | Interest | L | T | | | | | |
| 34. S. Jersey Trans AT Bond | B | Interest | | | Sold | 11/07/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Livingston School Dist. Bond | A | Interest | J | T | | | | | |
| 36. NJ Trans TR Bond | C | Interest | K | T | | | | | |
| 37. Port Authority of NY & NJ Bond | B | Interest | K | T | | | | | |
| 38. Port Authority of NY & NJ Bond | B | Interest | K | T | | | | | |
| 39. NJ Building Authority Bond | B | Interest | L | T | | | | | |
| 40. Bergen County Util. Authority Bond | B | Interest | L | T | | | | | |
| 41. Merrill Lynch CMA NJ Muni Market | A | Dividend | J | T | | | | | |
| 42. NJ State Bond | A | Interest | J | T | | | | | |
| 43. California State Bond | A | Interest | J | T | | | | | |
| 44. Puerto Rico Power Authority Bond | A | Interest | J | T | | | | | |
| 45. Highland Park School Dist. Bond | A | Interest | K | T | | | | | |
| 46. NJ Transit Bond | B | Interest | K | T | | | | | |
| 47. California State Bond | A | Interest | J | T | | | | | |
| 48. California State Bond | A | Interest | J | T | | | | | |
| 49. Capital One Bank | C | Interest | N | T | | | | | |
| 50. Port Authority of NY & NJ Bond | A | Interest | K | T | | | | | |
| 51. Bayonne NJ Gen. Improvement Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FIA Card Services RASP | A | Interest | J | T | | | | | |
| 53. I Shares Barclay TIPS | D | Interest | M | T | | | | | |
| 54. NJ State Trans. Bond | B | Interest | L | T | Buy | 1/18/11 | L | | |
| 55. Port Authority of NY & NJ Bond | A | Interest | J | T | Buy | 4/25/11 | J | | |
| 56. Port Authority of NY & NJ Bond | A | Interest | L | T | Buy | 11/15/11 | L | | |
| 57. Port Authority of NY & NJ Bond | A | Interest | K | T | Buy | 3/1/11 | L | | |
| 58. Triboro B & T Authority Bond | B | Interest | K | T | Buy | 3/1/11 | K | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 04/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Income and gross value for all Fidelity Spartan 500 Index Fund holdings (Lines 16 to 28) are reported at Line 28.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ STANLEY R. CHESLER

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544